*Judith A. Mauzaka* and *Leon M. Rosenblatt,* in opposition.

Decided October 31, 2000

CONNECTICUT BANK OF COMMERCE *v.* JULIE D. GIORDANO ET AL.

NORCOTT and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Roger J. Frechette,* in support of the petition.

Decided October 31, 2000